# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas H. Farivar; Dawn S. Jovaag; Richard Melendez, | ) ) ) ) |
| Plaintiffs, | ) **JUDGMENT IN A CIVIL CASE** ) |
| v. | ) CV 11-0413-PHX-SRB ) |
| Maricopa County, et al., | ) ) |
| Defendants. | ) ) ) |

____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court having granted Defendants' Motion for Summary Judgment, this action is dismissed. Plaintiffs shall take nothing.


 April 26th  2012              BRIAN D. KARTH
Date                           District Court Executive/Clerk


                                 s/ Kathy Gerchar
                               (By) Kathy Gerchar, Deputy Clerk


cc: (all counsel)